UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHUDIER BANGUOT,

          Petitioner,

  v.

MERRICK GARLAND, *et al.*,

          Respondents.

Case No. 2:22-cv-00133-LK-JRC

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has filed a motion to appoint counsel. (Dkt. 2.) Having considered the motion, petitioner's financial eligibility, and the balance of the record, the Court finds and ORDERS:

(1) The Court is in receipt of a letter from the Federal Public Defender's Office indicating that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated financial eligibility for such appointment. *See id.* Accordingly, petitioner's request for appointment of counsel is GRANTED. The Court appoints the Federal Public Defender to represent petitioner in these proceedings.

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER - 1

(2) The Clerk shall send copies of this Order to petitioner, to the Federal Public Defender, to counsel for respondents, and to the Honorable Lauren J. King.

Dated this ⎯⎯22nd⎯⎯ day of ⎯⎯⎯⎯February⎯⎯⎯⎯, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER - 2